IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>          Plaintiff,<br><br>     v.<br><br>HARLEY S. BRIDGEMAN, JR.;<br>CHANDA J. BRIDGEMAN,<br><br>          Defendants.<br>_____ / | No. 2:10-cv-02619 JAM KJN PS<br><br><br><br><br><br><br><br>ORDER |
| HARLEY S. BRIDGEMAN, JR.,<br><br>          Counterclaimant,<br><br>     v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al.,<br><br>          Counterdefendants.<br>_____ / | |

////

////

////

////

1

1  HARLEY S. BRIDGEMAN, JR.,

2              Third-Party Plaintiff,

3       v.

4  UNITED STATES OF AMERICA, et al.,
              Third-Party Defendants.
5  _____/[1]

6       Presently before the court is defendant, counterclaimant, and third party claimant
7  Harley S. Bridgeman's ("defendant") *ex parte* request that the court redact a social security
8  number and the "names of family members" be redacted from boxes 4 and 9 of "EXHIBIT UD9
9  of the THIRD-PARTY COMPLAINT" and that the other parties in this action be ordered to do
10 the same. (Dkt. No. 12 at 2.) It appears that defendant inadvertently failed to redact this
11 information from his Third-Party Complaint, as required by Eastern District Local Rule 140.
12 After filing his *ex parte* request, defendant filed "First Amended Third-Party Complaint" that
13 repeats this error.[2]

14      The undersigned will grant defendant's request in this instance. However, such
15 redaction will be effectuated only after defendant files with the court a complete version of the
16 Third-Party Complaint or First Amended Third-Party Complaint and exhibits, with appropriate
17 redactions made. Defendant's redactions must conform to Local Rule 140.

18      The undersigned reminds defendant that it is his responsibility to conform his
19 conduct to this court's Local Rules. See E. Dist. Local Rule 183 ("All obligations placed on
20 'counsel' by these Rules apply to individuals appearing <u>in propria persona</u>. Failure to comply
21 therewith may be ground for dismissal, judgment by default, or any other sanction appropriate

---

[1] This caption reflects the counterclaims and third-party claims filed by defendant to date for informational purposes. The inclusion of parties in this caption does not reflect that these counterclaims and purported third party claims have been properly titled, filed, or served on the parties against which they are alleged.

[2] The undersigned also notes that some of the exhibits appended by defendant to his Third-Party Complaint and First Amended Third-Party violate the redaction procedures contained in Local Rule 140.

1  under these Rules."). He should take more care in the future to do so.

2          For the foregoing reasons, the court HEREBY ORDERS that:

3          1.    Defendant's ex parte request to effectuate redactions of Exhibit UD9 to his

4  Third-Party Complaint and/or First Amended Third-Party Complaint (Dkt. No. 12) is granted;

5          2.    However, any actual redactions will be ordered separately, and only after

6  defendant files with the court complete versions of the Third-Party Complaint and/or First

7  Amended Third-Party Complaint and exhibits in appropriately redacted form. Defendant shall

8  file such corrected document(s) within 14 days of the entry of this order.

9          IT IS SO ORDERED.

10  DATED: November 8, 2010

                                     KENDALL J. NEWMAN
                                     UNITED STATES MAGISTRATE JUDGE