**McCARTHY & HOLTHUS, LLP**
Gayle E. Jameson, Esq. SBN 207050
Rebecca L. Lang, Esq. SBN 249234
1770 Fourth Avenue
San Diego, California 92101
Phone: (619) 685-4800
Facsimile: (619) 685-4810

Attorneys for Plaintiffs,
Federal National Mortgage Association, its assignees and/or successor

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| Federal National Mortgage Association, <br> Plaintiff, <br><br> vs. <br><br> Chanda J. Bridgeman, Harley S. Bridgeman Jr., et al <br><br> Defendant | Case No. 2:10-CV-02619-JAM-KJN <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT PLAINTIFF'S MOTION TO REMAND ON DECEMNER 9, 2010** <br><br> Date: 12/09/2010 <br> Time: 10:00 am <br> Courtroom: 25 <br> Magistrate Judge Kendall J. Newman |

/ / /

/ / /

/ / /

**PROPOSED ORDER**

Plaintiff, Federal National Mortgage Association ("Plaintiff"), by and through their attorneys of record, Rebecca L. Lang, Esq., of McCarthy & Holthus, LLP, respectfully submit to this Court a proposed Order granting Plaintiff's Request to appear via telephone for Plaintiff's Motion to Remand on December 9, 2010.

Plaintiff's Counsel requests the Court permission to use a landline, telephone number 619-916-3474, to appear at the hearing.

**IT IS ORDERED** that Plaintiff's Counsel, Rebecca L. Lang. Esq. may appear telephonically on December 9, 2010 in order to argue Plaintiff's Motion to Remand to El Dorado County Superior Court.

DATED:  November 9, 2010

/s/ Kendall J. Newman
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE