IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FEDERAL NATIONAL MORTGAGE ASSOCIATION,

    Plaintiff,

v.

HARLEY S. BRIDGEMAN, JR.; CHANDA J. BRIDGEMAN,

    Defendants.

No. 2:10-cv-02619 JAM KJN PS

<u>ORDER</u>

AND RELATED COUNTER-CLAIMS AND THIRD-PARTY CLAIMS

On December 20, 2010, the undersigned entered proposed findings and recommendations recommending that this entire case be remanded to California Superior Court and that third-party defendant United States of America's motion to dismiss be denied for want of subject matter jurisdiction. (Findings & Recommendations, Dec. 20, 2010, Dkt. No. 52.) In light of the findings and recommendations pending before the United States District Judge assigned to this case, IT IS HEREBY ORDERED that:

    1.    The hearing on third-party defendant United States of America's motion to dismiss (Dkt. No. 35), which is presently set for January 27, 2011, is vacated.

1

2. If the United States District Judge assigned to this case does not adopt the pending findings and recommendations such that this case remains in federal court and before the undersigned, the United States may re-file and notice its motion to dismiss consistent with the court's Local Rules.

IT IS SO ORDERED.

DATED: January 18, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE